| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 13 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

GLORIA JOHNSON; JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,

    Plaintiffs-Appellees,

 v.

CITY OF GRANTS PASS,

    Defendant-Appellant.

No. 20-35752
     20-35881

D.C. No. 1:18-cv-01823-CL
District of Oregon,
Medford

ORDER

Before: GOULD and COLLINS, Circuit Judges, and SILVER,[*] District Judge.

Defendant-Appellant's motion to stay the mandate (Dkt. 101) is **GRANTED**. Per the motion, the time to file a request for attorneys' fees is **EXTENDED** until 14 days after the stay of the mandate expires.

---

    [*]    The Honorable Roslyn O. Silver, United States District Judge for the District of Arizona, sitting by designation.