# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 25, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  City of Grants Pass, Oregon
            v. Gloria Johnson, et al., on Behalf of Themselves and All Others Similarly Situated
            No. 23-175
            (Your No. 20-35752, 20-35881)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 22, 2023 and placed on the docket August 25, 2023 as No. 23-175.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst