# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 12, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  City of Grants Pass, Oregon
           v. Gloria Johnson, et al., on Behalf of Themselves and All Others
           Similarly Situated
           No. 23-175
           (Your No. 20-35752, 20-35881)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

                                                      Sincerely,

                                                **Scott S. Harris**, Clerk