| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 17 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GLORIA JOHNSON; JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellees,

 v.

CITY OF GRANTS PASS,

        Defendant-Appellant.

No.  20-35752
      20-35881

D.C. No. 1:18-cv-01823-CL
District of Oregon,
Medford

ORDER

Before: GOULD and COLLINS, Circuit Judges, and SILVER,[*] District Judge.

The Stipulated Motion to Voluntarily Dismiss Appeal (20-35752 Dkt. No. 124; 20-35881 Dkt. No. 119), filed by all parties, is GRANTED. These appeals are hereby DISMISSED. The parties have agreed that each side shall bear its own costs and fees on appeal.

A copy of this order shall serve as the mandate of this court.

---

    [*] The Honorable Roslyn O. Silver, United States District Judge for the District of Arizona, sitting by designation.